

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-93-BLG-SPW |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| JESUS YEIZON DENIZ MENDOZA, | |
| Defendant. | |

Upon the United States' Unopposed Motion to Conduct Scheduling Conference (Doc. 20), and for good cause shown,

IT IS HEREBY ORDERED that a scheduling conference will be conducted on **Wednesday, August 26, 2015**, at **1:30 p.m.** in Chambers.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 24th day of August, 2015.

SUSAN P. WATTERS
U.S. District Judge

1