

FILED
NOV 17 2016
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 15-93-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER ALLOWING DR. LOW TO APPEAR BY VIDEO CONFERENCE AT COMPETENCY HEARING |
| JESUS YEIZON DENIZ MENDOZA, | |
| Defendant. | |

Upon the United States' Motion to allow Dr. Cynthia Low to Appear by Video Conference at Competency Hearing (Doc. 104), and for good cause shown,

IT IS HEREBY ORDERED that the motion to allow Dr. Cynthia Low to attend the competency hearing scheduled for **December 14, 2016, at 1:30 p.m.,** by video conference is **GRANTED**.

IT IS FURTHER ORDERED, the United States shall make the arrangements for the video conference by contacting the Court's IT personnel, Cecil Chandler at (406) 247-2323 or Michael Cuthbert at (406) 697-2171.

1

FURTHER, the Clerk of Court is directed to provide counsel and IT personnel with a copy of this Order.

DATED this 17th day of November, 2016.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge