
FILED
JAN 19 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. **JESUS YEIZON DENIZ MENDOZA,** **Defendant.** | CR 15-93-BLG-SPW  ORDER |

Upon the Government's Unopposed Motion to Set Deadline for Expert Witness Disclosure (Doc. 114), and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall have up to and including **February 1, 2017**, in which to file an expert disclosure under Federal Rule of Criminal Procedure 16(b)(1)(C) for any testimony the defendant seeks to introduce at trial regarding his alleged consumption of "spice" as it relates to his mental state at the time of the offenses alleged in the superseding indictment.

DATED this 19th day of January, 2017.

SUSAN P. WATTERS
United States District Judge